UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOREN JOHNSON,

    Plaintiff,

v.

SUNMED LLC,

    Defendant.
_____/

Case No. 1:24-cv-427

HONORABLE PAUL L. MALONEY

### ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing his complaint on April 25, 2024.  Plaintiff filed an amended complaint in October 2024 and in November 7, 2024, a second amended complaint was filed upon order of the Court.  Defendant filed a motion for dismissal of Plaintiff's Title VII (Count I) and ELCRA (Count II) claims.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 28, 2025, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties.  No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 27) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Dismissal of Counts I and II of the second amended complaint (ECF No. 16) is DENIED.

Dated:  February 19, 2025

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge